Bryan G. Evenson
Thorner, Kennedy & Gano P.S.
101 S. 12th Avenue
P.O. Box 1410
Yakima, WA 98907-1410
(509) 575-1400
Attorney for Defendant

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 14 2011

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

The Honorable James P. Hutton

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAMES L. STANTON and ALANA STANTON, husband and wife,

    Plaintiffs,

vs

GREENPATCH FARM, INC., a foreign corporation,

    Defendant.

NO. CV-10-3094-JPH

AGREED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS

THIS MATTER having regularly come on for hearing before this Court, the parties appearing by and through their respective attorneys of record, the Court being advised that the parties have reached a full and complete resolution of all matters at issue; the Court being otherwise fully advised in the premises; now, therefore,

AGREED ORDER OF DISMISSAL OF ALL CLAIMS - 1
WITH PREJUDICE AND WITHOUT COSTS

THORNER, KENNEDY & GANO P.S.
ATTORNEYS AT LAW
THE CHESTNUT LEGAL BUILDING
101 SOUTH 12TH AVE. · P. O. BOX 1410
YAKIMA, WASHINGTON 98907-1410
(509) 575-1400

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint and all claims herein be and the same is hereby dismissed with prejudice, with each party to bear their respective attorneys' fees and costs herein incurred.

DONE IN OPEN COURT this __14__ day of ~~October~~ November, 2011.

_____
JUDGE

Presented by:

THORNER, KENNEDY & GANO P.S.
Attorneys for Defendants

By: _____
Bryan G. Evenson WSBA 5613

Copy received, approved as to form, notice of presentation waived this ____ day of October, 2011.

TAMAKI LAW
Attorneys for Plaintiffs

By: _____
Bryan G. Smith WSBA 29382

AGREED ORDER OF DISMISSAL OF ALL CLAIMS - 2
WITH PREJUDICE AND WITHOUT COSTS

THORNER, KENNEDY & GANO P.S.
ATTORNEYS AT LAW
THE CHESTNUT LEGAL BUILDING
101 SOUTH 12TH AVE. · P. O. BOX 1410
YAKIMA, WASHINGTON 98907-1410
(509) 575-1400