AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JAMES L. STANTON and ALANA STANTON, husband and wife,

                              Plaintiffs,

## JUDGMENT IN A CIVIL CASE

                              v.

GREENPATCH FARM, INC., a foreign corporation,

CASE NUMBER: CV-10-3094-JPH

                              Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint and all claims herein be and the same is hereby dismissed with prejudice, with each party to bear their respective attorneys' fees and costs herein incurred.

November 14, 2011                  JAMES R. LARSEN
*Date*                                            *Clerk*
                                                  s/ Pam Howard
                                                  *(By) Deputy Clerk*
                                                  Pam Howard